

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2021

No. 04-21-00255-CV

**IN RE CUSTOM HOME BUILDERS OF CENTRAL TEXAS INC.** D/ B/ A Owner
Managed Homes D/ B/ A Texas Build at Cost, Travis White, and White House Custom Design
& Construction of Texas, Inc. D/ B/ A Forever Custom Homes,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-03430
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

Relator has filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court no later than July 12, 2021. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on June 25, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court